

US00D633541S

## (12) United States Design Patent
### Khubani

(10) Patent No.: **US D633,541 S**
(45) Date of Patent: ** **Mar. 1, 2011**

(54) **BOOK LIGHT AND MAGNIFYING GLASS**

(75) Inventor: **Rajkumar C. Khubani**, Closter, NJ (US)

(73) Assignee: **Spark Innovators, Inc.**, Fairfield, NJ (US)

(**) Term: **14 Years**

(21) Appl. No.: **29/349,040**

(22) Filed: **Mar. 3, 2010**

(51) LOC (9) Cl. .................................................. **16-06**
(52) U.S. Cl. ..................... **D16/135**; D26/51; D26/38
(58) Field of Classification Search .............. D26/37, D26/38, 39, 40, 41, 42, 44, 45, 46, 51, 60, D26/61; 362/157, 158, 183, 184, 171, 195–208, 362/253; D16/135
See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| D206,924 S | * | 2/1967 | Prouty | D6/308 |
| D358,676 S | * | 5/1995 | Roberts et al. | D26/37 |
| D366,884 S | * | 2/1996 | Sloan | D16/135 |
| D396,120 S | * | 7/1998 | Petruzzi | D26/37 |
| D401,371 S | * | 11/1998 | Chen | D26/38 |
| D406,853 S | * | 3/1999 | Chan | D16/135 |
| D410,759 S | * | 6/1999 | Petruzzi | D26/37 |
| D527,034 S | * | 8/2006 | Sprague | D16/135 |
| D529,061 S | * | 9/2006 | Sprague | D16/135 |
| D560,293 S | * | 1/2008 | Uemoto et al. | D26/37 |
| D603,439 S | * | 11/2009 | Buchheim | D16/135 |
| D613,782 S | * | 4/2010 | Lager | D16/135 |

* cited by examiner

*Primary Examiner*—Charles A Rademaker
*Assistant Examiner*—Carissa C Fitts
(74) *Attorney, Agent, or Firm*—Robert L. Epstein; Epstein Drangel Bazerman & James, LLP

(57) **CLAIM**

The ornamental design for a book light and magnifying glass, as shown and described.

**DESCRIPTION**

FIG. **1** is a perspective view of the book light and magnifying glass showing my design;
FIG. **2** is a front elevation view thereof;
FIG. **3** is a rear elevation side view thereof;
FIG. **4** is a side elevation view thereof;
FIG. **5** is an elevation view of the other thereof;
FIG. **6** is a top elevation view thereof; and,
FIG. **7** is a bottom elevation view thereof.

**1 Claim, 5 Drawing Sheets**





FIG. 1

FIG. 2



FIG. 3



**U.S. Patent**  Mar. 1, 2011  Sheet 4 of 5  **US D633,541 S**

# FIG. 4



# FIG. 5



FIG. 6



FIG. 7

