**EXHIBIT A**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SPARK INNOVATORS CORP., <br><br> Plaintiff, <br><br> v. <br><br> BITS & PIECES, INC., HAWTHORNE DIRECT LLC, and MELVILLE DIRECT LLC, <br><br> Defendants. | Case No.: 2:16-cv-01788-SDW-LDW <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE** <br><br> *Document Filed Electronically* |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate to the dismissal with prejudice of all claims against all parties in this action. Each party shall bear its own attorneys' fees, costs, and expenses in connection with this action, as agreed by the parties.

So stipulated, this 10th day of October, 2016.

_____
Sharmilee Khubani, Esq.
LAW OFFICE OF SHARMILEE KHUBANI, ESQ.
41 Kulick Road
Fairfield, New Jersey 07004
Phone: 973.244.9695
Fax: 973.244.9694
sharmilee@sparkinnovators.com

Attorneys for Plaintiff Spark Innovators Corp.

_____
Christopher R. Kinkade, Esq.
FOX ROTHSCHILD LLP
997 Lenox Drive, Building 3
Lawrenceville, New Jersey 08648
Phone: 609.844.3023
Fax: 609.896-1469
ckinkade@foxrothschild.com

Attorneys for Defendant Melville Direct LLC

8

So Ordered
this 12th day of October 2016
_____
Susan D. Wigenton, U.S.D.J.